US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 10 2017

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT ROSS KESTER                                                      PLAINTIFF

VS.                                          CASE NO: 17-2009

JOHNSON REGIONAL MEDICAL CENTER                                        DEFENDANT

## COMPLAINT

COMES THE PLAINTIFF, by and through Counsel, and for this Complaint states:

### PARTIES AND JURISDICTIONS

1.     Plaintiff is a resident and citizen of the State of Florida. Defendant operates a county hospital such that Defendant should be considered a State actor under 42 U.S.C. §1983 and the ACRA of 1993. This is an action for breach of contract and for denial of Plaintiff's due process rights, as well as violation of the Freedom of Information Act. This Court has federal question subject matter jurisdiction under 28 U.S.C. §1331, as well as supplemental jurisdiction over Plaintiff's State claims under 28 U.S.C. §1367. Alternatively, this Court has diversity jurisdiction under 28 U.S.C. §1334. All of Defendant's actions were taken under color of law.

### GENERAL ALLEGATIONS OF FACTS

2.     Plaintiff is a physician licensed and in good standing.

3.     Plaintiff and Defendant entered into the contract attached hereto as **Exhibit A**.

4.     At all times relevant, Plaintiff performed his actions under the contract satisfactorily.

5.     Plaintiff began work on February 8, 2016.

6.     Defendant terminated Plaintiff's contract without cause and without notice.

7.     Plaintiff has demanded the compensation due to him under the contract. But, Defendant, without legal justification refuses to pay.

### COUNT I

8.      Plaintiff re-alleges foregoing as if fully set out herein.

9.      By virtue of the facts alleged herein, Plaintiff had a property interest protected by the due process clauses protected by the Fourteenth Amendment to the United States Constitution and the Arkansas Constitution.

10.     Defendant, by virtue of being designated a county hospital, is a State actor.

11.     Each county in the State of Arkansas must designate a county hospital.

12.     Accordingly, the operations of a county hospital are State functions, under Arkansas law.

13.     Accordingly, Defendant is a State actor, within the meaning of 42 U.S.C. §1983 and A.C.A. §16-123-105.

14.     All actions have been taken under color of law.

15.     Defendant has denied both procedural and substantive due process.  Plaintiff's protect property interest, as evidenced by the contract, was taken without notice.

16.     As direct and proximate cause of Defendant's acts and omissions alleged herein, Plaintiff has lost wages, lost fringe benefits, incurred excessive taxes, incurred moving expenses, and incurred other damages in an amount to be proven at trial.

## COUNT II

17.     Plaintiff re-alleges the foregoing as if fully set out herein.

18.     There was a valid contract between the parties.  A copy is attached hereto as **Exhibit A**.

19.     Defendant breached this contract by failing to pay the Plaintiff the amount of money due under the contract.  Specifically, Plaintiff's work began on February 8, 2016.  Defendant, accordingly, owes Plaintiff the sum of $1,800,000.00 (One million eight hundred thousand and no/100 dollars).

WHEREFORE Plaintiff prays for appropriate compensatory against the Defendant in and amount exceeding $75,000.00 (Seventy-five thousand and no/100 dollars), for declaratory

judgment that Defendant has violated Plaintiff's constitutional rights, for a trial by jury, for reasonable attorney's fees under A.C.A. §16-22-308 and 42 U.S.C. §1998, for costs, and for all other proper relief.

Respectfully submitted,

SUTTER & GILLHAM, P.L.L.C.
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501-315-1910  Office
501-315-1916  Facsimile
Attorney for the Plaintiff

By:    /s/ Luther Oneal Sutter
Luther Oneal Sutter, ARBN 95031
luthersutter.law@gmail.com

G:\doc\Kester MD, Robert R\PLD 2016 USDC\2016-12-01 COM - Kester, Robert Ross.doc